**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Carlo SOTO, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 28, 1995.

### *ORDER*

PER CURIAM:

**AND NOW,** this 28th day of December, 1995, the Petition for Allowance of Appeal is hereby Granted and the matter is Remanded to the trial court for resentencing pursuant to *Commonwealth v. Bell,* 537 Pa. 558, 645 A.2d 211 (1994).

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).